Scott Florer, Pro-Se

# UNITED STATES DISTRICT COURT IN THE
# SOUTRERN DISTRICT OF IDAHO

| | |
|---|---|
| S. FLORER | CASE NO. 1:22-cv-0449-BLW/DKG |
| v | MOTION FOR DEFAULT JUDGEMENT |
| FMC, et.al. | AGAINST LITHIA FORD OF BOISE |
| | Hearing Date: 09/29/2023 |

The plaintiff filed a First Amended Complaint against, inter alia, Lithia Ford of Boise ("Lithia") on June 16th, 2023. Dkt. No. 65. The Summons for Lithia was issued on June 16th, 2023. Dkt. No. 66, Attachment #2 p. 66-2. The Summons was Returned Executed on July 7th, 2023. Dkt. No. 72 p. 4-6. The Summons and Complaint was served upon Litha's State of Idaho registered agent of record National Registered Agents whom signed for the delivery on June 28th, 2023.

Lithia has failed to file a responsive pleading or otherwise defend. See, Docket No. 77, Answer for the named defendant employees only, not the defendant entity. See, Memorandum In Support Of Motion For Default Judgement Against Lithia Ford Of Boise. The time-frame to respond as noticed in the summons (Dkt. No. 66-2) is twenty one (21) days from June 28th, 2023 is July 19th, 2023.

The plaintiff moves for Default Judgement. F.R.C.P. Rule 55(a).

08/25/2023

Scott Florer

/s/Scott Florer

CERTIFICATE OF SERVICE 1:22CV449-BLW/DKG

I certify that on August 25th, 2023 I filed the enclosed documents electronically thru the courts iCourt/e-File sys. which caused the following parties or counsel to be server by electronic means:

P.J. Collaer pcollaer@ajhlaw.com 250 S Fifth St. Ste. 700 PO Box 7426 Boise ID 83707

J.T. Simmons jsimmons@evanskeane.com

A. Bell abell@evanskeane.com 1161 W River St. Ste. 100 PO Box 959 Boise ID 83701

08/25/2023

Scott Florer

/s/Scott Florer