UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| D. SCOTT FLORER,<br><br>    Plaintiff,<br><br>    v.<br><br>FORD MOTOR COMPANY, INC.;<br>LITHIA FORD OF BOISE, INC.;<br>RHETT SHEEDER; RICH STUART;<br>ANGELO SANCHEZ; TRAVIS<br>STEAR; and LISA CRABTREE,<br><br>    Defendants. | Case No. 1:22-cv-00449-BLW-DKG<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS OF MAGISTRATE JUDGE** |

This matter is before the Court on Plaintiff D. Scott Florer's Objections to the Report and Recommendation issued by United States Magistrate Judge Debora K. Grasham. *See* Dkt. 225. Judge Grasham recommends that this Court grant Defendant Ford Motor Company's Motion for Attorney Fees in part, to the extent that Florer be ordered to pay $27,876.23 in fees and costs. Florer objects to that recommendation.

Pursuant to 28 U.S.C. § 636, the Court has conducted a de novo review of those portions of the Report and Recommendation to which Florer has objected. After having carefully considered each of Florer's stated objections, the Court will overrule those objections. *See* Dkt. 226. The Court accepts the findings and

recommendations of the Magistrate Judge, and adopts the report and recommendation in its entirety. In short, the Court agrees that Ford Motor Company is entitled to an award of $27,876.23 in attorneys' fees and costs.

Accordingly, **IT IS ORDERED that:**

(1) Plaintiff's Objections to United States Magistrate Judge Debora K. Grasham's Report & Recommendation (Dkt. 225) are **OVERRULED**.

(2) The Court adopts the Report & Recommendation (Dkt. 224) in its entirety.

(3) Defendant Ford Motor Company's Motion for Attorney Fees and Costs (Dkt. 216) is therefore **GRANTED in part** in the amount of $27,876.23.

(4) In accordance with Federal Rule of Civil Procedure 58, the Court will enter judgment separately.

DATED: July 30, 2024

B. Lynn Winmill
U.S. District Court Judge